UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANCIS HAROLD FORD,<br><br>            Plaintiff,<br><br>   v.<br><br>FRED C. WARNEKA,<br><br>            Defendant. | CASE NO. C18-5732 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's complaint is **DISMISSED** without prejudice; and

    (3)    The Clerk shall enter **JUDGMENT** and close this case.

Dated this 8 day of July, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER